20 P.3d 678

# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

### October 5, 2000

| 22147 | State v. Zrncevich | Affirmed |

### January 23, 2001

| 22647 | State v. Kivaha | Affirmed |

### February 1, 2001

| 22373 | Doe, In re | Affirmed |

### February 23, 2001

| 22021 | State v. Davis | Affirmed |

### February 28, 2001

| 22371 | Bank of America, FSB v. Olaivar | Affirmed |

### March 5, 2001

| 22820 | State v. Quirimit | Affirmed |